UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA R.,<br><br>                              Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                              Defendant. | Case No.:  21cv1296-MDD<br><br>**ORDER GRANTING JOINT MOTION FOR ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))**<br><br>[ECF No. 17] |

On July 20, 2021, Plaintiff Juanita R. filed this social security appeal challenging the denial of her application for disability insurance benefits. (ECF No. 1). On November 30, 2022, the Court granted the parties' joint motion for judicial review in favor of Plaintiff and remanded this matter to the Administrative Law Judge ("ALJ") pursuant to sentence four of 42 U.S.C. § 405(g). (ECF No. 15). The parties now stipulate to an award to Plaintiff of attorneys' fees and expenses in the amount of $7,500.00 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. (ECF No. 17 at 1).

The EAJA allows a prevailing party to seek attorney's fees from the

United States within thirty days of final judgment. 28 U.S.C. § 2412(d). "A sentence four remand becomes final judgment, for purposes of attorneys' fees claims brought pursuant to the EAJA, 28 U.S.C. § 2412(d), upon expiration of the time for appeal." *Akopyan v. Barnhart*, 296 F.3d 852, 854 (9th Cir. 2002). If one of the parties is the United States, either party may file a notice of appeal within sixty days of the order appealed from. *See* Fed. R. App. 4(a)(1)(B). "A plaintiff who obtains a sentence four remand is considered a prevailing party for purposes of attorneys' fees." *Akopyan*, 296 F.3d at 854. Therefore, Plaintiff is the prevailing party in this action for purposes of attorney's fees, the parties' joint motion is timely, and the Court finds the stipulated amount of fees and expenses reasonable.

Accordingly, the Court **GRANTS** the joint motion and **AWARDS** Plaintiff attorney's fees and expenses in the total amount of **$7,500.00**. Fees will be made payable to Juanita R., but if the Department of Treasury determines that Juanita R. owes a qualifying debt under the Treasury Offset Program, 31 U.S.C. § 3716, the check shall be made payable to Plaintiff, and delivered to her attorney, Martha Yancey. If the Department of Treasury determines that Plaintiff owes no such debt subject to offset, then the attorney's fees shall be made payable directly to her attorney pursuant to an assignment that Plaintiff executes.

**IT IS SO ORDERED**.

Dated:   February 1, 2023

_Mitchell D. Dembin_
Hon. Mitchell D. Dembin
United States Magistrate Judge